**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 16-cr-00071-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL THOMAS,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a **five-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **April 18, 2016 at 9:00 a.m.**  On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **March 3, 2016** and responses to these motions shall be filed by **March 10, 2016**.  It is further

ORDERED that a Trial Preparation Conference is set for **April 1, 2016 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.  Defendant is also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 19th day of February, 2016.

                         BY THE COURT:

                         _____
                         RAYMOND P. MOORE
                         United States District Judge